UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID O. HOOPER,<br><br>Petitioner,<br>v.<br>NEVADA, STATE OF,<br><br>Respondent. | Case No. 3:19-cv-00612-MMD-WGC<br><br>ORDER |

Petitioner David O. Hooper has submitted a purported *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1). His application to proceed *in forma pauperis* is incomplete. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2); LSR 1-2. The present action, therefore, will be dismissed.

Moreover, Petitioner's filing is largely indecipherable, sets forth no discernible factual allegations cognizable in federal habeas and no discernible, plausible factual allegations that would state a claim for which relief may be granted in any event. He appears to invoke ineffective assistance of counsel but includes no specific factual allegations. He appears to insinuate, without elaboration, that federal judges are retaliating against him for assisting another inmate in filing a civil rights complaint. Petitioner's submission is delusional and frivolous. The Court also notes that it is unclear from his prolific filing in state and federal court whether this is a second and successive federal petition.

It is therefore ordered that the Clerk detach and file the Petition (ECF No. 1-1).

1    It is further ordered that Petitioner's incomplete application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered this action is dismissed as improperly commenced and frivolous.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 16th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE